BAR TAB MARCH 26, 2018 ISSUE

# AT LOVERBOY, SLUSHY DRINKS ON A SLOSHY NIGHT

*Some took icy weather as a sign to stay in and snuggle up, but others trudged through it to visit Loverboy, a bar opened by the owners of Mother's Ruin.*



**By Colin Stokes**

March 16, 2018



Illustration by Jorge Colombo

On a recent evening in Alphabet City, a heavy snow was melting into an icy soup, served cold on the sidewalk. Some might have taken this as a sign to stay in and snuggle up, but others found themselves trudging through it to visit Loverboy, a bar opened last June by the owners of Mother's Ruin, in Nolita. Its large windows are ideal for people-stepping-in-snow-puddles-watching, and they open up for a pleasant breeze in the summer. Two people surveyed the list of cocktails (twelve dollars each) above the bar, considering their options. "I don't know about the slushy drink—I already had enough of that outside," one said, in reference to

the Dr Angel Face. Instead, they chose the excellent No Pants Dance, a combination of tequila, agave, lime, and pineapple with a chipotle rim. No dancing was done, and pants remained firmly in place, but the drink was a perfect pairing of spicy and sweet.

Also good was the dry Once in a Blue Moon, a mix of gin and Avèze, a citrusy liqueur from the South of France whose rarity may lend the cocktail its name. Patrons sitting in the back had a hard time ignoring enticing wafts from the kitchen; they eventually succumbed and ordered, from a food menu helpfully divided into Pizza and Not Pizza, the Loverboy pie, with crushed tomatoes, mozzarella, pepperoni, and a ramp-ranch dressing. Served in thick rectangular slices, it looked like a school pizza that's come to its ten-year reunion and is doing great. It was the perfect indulgent counterpoint to an inhospitable night. Warmed and cheese-filled, the slushy skeptic ended up trying the Dr Angel Face anyway, and enjoyed several sips before heading back out to slosh through the real thing. ♦

*Published in the print edition of the <u>March 26, 2018</u>, issue, with the headline "Loverboy."*



*Colin Stokes is a member of The New Yorker's editorial staff.*

**More:**   Bars   Cocktails

NEW YORK

NYC RESTAURANT OPENINGS

# Meet Your New Loverboy, an Alphabet City Bar From the Mother's Ruin Team

There will be pizza in the coming weeks

by Stefanie Tuder | @stefanietuder | Jul 11, 2017, 2:21pm EDT



Loverboy | Robert Malmberg

Set in Alphabet City, with a similar casual vibe to its Mother's Ruin sister, **Loverboy** is open: a low-key cocktail and pizza bar. Owners **TJ Lynch** and **Richard Knapp** have hit that neighborhood sweet spot between cocktail and dive bar with their first bar in Nolita and with Loverboy are trying to replicate that vibe over on Avenue C.

"We like what we do and we also like pizza, so we were like, 'Why don't we just do both?'" Lynch tells Eater. "Plus when people go out and have a bunch of drinks they end up eating pizza anyway, so we're just saving them the trip. It's one-stop shopping."

Except that pizza isn't available just yet: The guys are locked in a battle royale with Con Ed, which Lynch calls a

"shakedown." He says the gas company wanted $5,000 each time they did work on the space. "So we're gonna go electric, and they can suck it."



Chicken parm sandwich  |  Robert Malmberg



The Drunk Zealot (rum, lime, Demerara, Montenegro)  |  Robert Malmberg



While they convert the kitchen, consulting chef **Nick Pfannerstill** (Dovetail) is using electric burners to make easy dishes — the full menu is below — like a chicken parmesan sandwich, sausage arancini, prosciutto toast, and fried calamari with togarashi and nori mayo. When the pizza is eventually available, Lynch likens it to Roman-style, with a rectangular shape and medium thickness. Slices will range from $4 to $7, but Lynch calls them "substantial." They're in the process of swapping to electric now, so pizza should roll out in "a few weeks."

Cocktails ($12) have cheeky names like Shameville (gin, lime, curaçao, angostura) and Soren Beerkegaard (whiskey, Aperol, lemon, cinnamon, Kolsch), but will change frequently. And similarly to Mother's Ruin, there will always be a frozen variation in rotation, starting with the summery Douche Bigalow, blending tequila, watermelon, Pimms, citrus, and pineapple.

The 50-seat spot is open daily from 5 p.m. to 2 a.m., with the kitchen closing at 1:30 p.m. Weekend brunch will start in about a month, and this fall will bring sidewalk seating against the large windows that swing open.

Loverboy Menu by Eater.com on Scribd



1   of 1

- The Owners of Mother's Ruin Opened a New Downtown Spot for Cocktails and (Soon) Pizza [Grub Street]

# E

## Eater NY

Sign up for our newsletter.

Email (required)

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

SUBSCRIBE

**Loverboy**                                    FOURSQUARE

127 Avenue C, Manhattan, NY 10009

Tompkins
Square Park

(212) 539-1900

Visit Website

Map data ©2020 Google

**STREET**

OPENINGS | JULY 10, 2017

# The Owners of Mother's Ruin Opened a New Downtown Spot for Cocktails and (Soon) Pizza

*By Chris Crowley*



The Shameville cocktail: gin, lime, curaçao, and angostura. Photo: Liz Clayman

Mother's Ruin became a downtown favorite by smartly toeing the line between a highbrow cocktail bar and a lowbrow dive. Six years into its run, the bar is still consistently packed. Owners Richard Knapp and T.J. Lynch have clearly hit on a formula that works, and they're sticking to it at their new East Village bar, Loverboy. (While it *isn't* named for the bad '80s band or the Patrick Dempsey movie, Knapp

*Less than $5 a month for unlimited access to Grub Street and everything else* New York   **SUBSCRIBE NOW**

The idea behind Loverboy is straightforward: The unpretentious feel and good drinks of Mother's Ruin, but with pizza by the slice and pie. Instead of having people leave the bar to get slices elsewhere, the duo decided to serve it themselves. As Knapp explains, "I think it's because we're geniuses." For the cocktails (all $12), expect constant rotation (driven, Knapp says, by boredom). There will be a slushie, of course, which right now means a tequila-and-watermelon drink called Douche Bigalow. Other drinks include the Diamond Lies (vodka, lemon, honey, soda, and orange bitters) and the Drunk Zealot (rum, lime, Demerara, and Montenegro).

The pizza part of the equation is still forthcoming, as Con-Ed hasn't turned their gas on yet. For the time being, they're using induction stoves and electric equipment to serve a ten-dish menu from consulting chef Nick Pfannerstill (previously the chef de cuisine of Dovetail), with dishes like fried calamari with togarashi spice and a chicken-parm sandwich. Of the pizza, the recipe for which he collaborated on with Pfannerstill, Lynch says, "Our style is called awesome pizza. That's the culinary definition." More specifically, he describes it as a square-style with a thicker crust that's not quite Sicilian-thick. In the meantime, here's a look at the other offerings.



The Douche Bigalow cocktail: tequila, Pimm's, watermelon, pineapple, and citrus. Photo: Liz Clayman

Less than $5 a month for unlimited access to Grub Street and everything else New York   SUBSCRIBE NOW ▶▶



Chicken-parm sandwich with olives and chips. Photo: Liz Clayman



The Soren Beerkegaard: whiskey, Aperol, lemon, cinnamon, and Kölsch. Photo: Liz Clayman

Less than $5 a month for unlimited access to Grub Street and everything else New York   SUBSCRIBE NOW



Loverboy Caesar salad with anchovy bread crumbs. Photo: Liz Clayman



Fried calamari with togarashi and nori mayo. Photo: Liz Clayman

*Less than $5 a month for unlimited access to Grub Street and everything else* New York   **SUBSCRIBE NOW** ➤➤



Beets with burrata, arugula, and toasted baguette. Photo: Liz Clayman



The space. Photo: Liz Clayman

Less than $5 a month for unlimited access to Grub Street and everything else New York   SUBSCRIBE NOW ➡️

# THE LATEST



*Less than $5 a month for unlimited access to Grub Street and everything else* New York  **SUBSCRIBE NOW** ⇥

MORE STORIES

SIGN IN TO COMMENT

GRUB STREET

  

NEWSLETTERS     ABOUT US

CONTACT     MEDIA KIT

WE'RE HIRING     PRESS

TRADEMARK     PRIVACY

TERMS     AD CHOICES

DO NOT SELL MY INFO

GRUB STREET IS A VOX MEDIA NETWORK.

© 2020 VOX MEDIA, LLC. ALL RIGHTS RESERVED.

*Less than $5 a month for unlimited access to Grub Street and everything else* New York    SUBSCRIBE NOW »

# PUNCH

Search  [Search]

- Articles [+]
  - Wine
  - Cocktails
  - Spirits
  - Beer
  - Places
  - Video
- Columns [+]
  - Drink Now
  - Notable
  - Masters of X
  - Dive
  - Lookbook
  - Hack Your Drink
  - The OGs
- City Guides
- Recipes
- Subscribe





Search [        ] [Search]

Our recipes and stories, delivered.

your@email.com

your@email.com

[go]

By clicking Go, I acknowledge that I have read and agree to the Penguin Random House Privacy Policy and Terms of Use and agree to receive news and updates from PUNCH and Penguin Random House.

**The Most Notable New Bars in America, Spring/Summer 2017**

This season brings a wave of new bars and restaurants around the country serving forward-thinking drinks and embracing the trends of today and tomorrow. Here, our picks for the most notable openings of the spring and summer.

March 23, 2017
story: Punch Staff
photo: Lizzie Munro







This season brings with it a number of important bar openings, notable not only for their impressive drink lists and the individuals behind them, but also for the industry trends they embody. The country's most daring bar is expanding, several notable landmark spots are getting a makeover, low-ABV cocktails are becoming further entrenched in the bar landscape and natural wine, perhaps not surprisingly, continues to drive the wine scene in many cities. But there are more esoteric concepts on the list this season, from a Seattle bar looking to define what Pacific Northwest tiki looks like to an arcade bar that serves drinks in repurposed kids' toys. And, following a trend that has been building for several years now, a handful of bars are looking to find their own unique balance between highbrow and lowbrow.

Here, now, our picks for the most notable new and forthcoming bar openings in America from January through August 2017.



## Five Cocktails from America's Hottest New Bars

From a thoroughly modern take on the Daiquiri to an updated Aperol Spritz, here are five cocktails from five notable new or forthcoming bars.

Read On →

**New York**

## The Aviary

**What:** The first outpost of the innovative Chicago bar, which will accompany an adjacent speakeasy called The Office.
**Who:** The Alinea group (Alinea, Roister, The Aviary).
**Where:** The 35th floor of the Mandarin Oriental at Columbus Circle.
**When:** Summer 2017
**Why it's important:** As the first venture outside of Chicago for the group, The Aviary and The Office will test whether New York, which has traditionally been a bit allergic to high-end cocktail experiences, has an appetite for molecular mixology in a more formal setting.

## Diamond Reef

**What:** A pseudo-tropical bar with simple, playful drinks, like the Penichillin—a frozen take on Sam Ross's modern-classic Penicillin.
**Who:** Michael McIlroy, Sam Ross and Dan Greenbaum, all of Attaboy.
**Where:** Bed-Stuy, Brooklyn.
**When:** March 2017
**Why it's important:** A departure from the dimly lit Attaboy, Diamond Reef represents a more casual approach to drink-making that balances the group's attention to detail with an irreverent playfulness.



*The Penichillin cocktail at Diamond Reef, Attaboy's new "pseudo-tropical" Brooklyn outpost | Photos: Lizzie Munro*

## The Embassy

**What:** A bar within the old Nassau brewing caves that will house two concepts: one, in Angus Winchester's words, "more populist and egalitarian" and the other, dubbed The Residence, "a bit quieter and upscale."
**Who:** Angus Winchester, renowned British bartender and one of the architects of the modern cocktail renaissance.
**Where:** Within the former Nassau Brewing building in Crown Heights, Brooklyn.
**When:** Spring 2017
**Why it's important:** The first venture into ownership for Winchester, The Embassy will showcase his knowledge of global drinking traditions, from how to drink pisco in Peru to soju in Korea.

### The Landmark Rooms

**What:** Major Food Group's takeover of the former Four Seasons space, which will aim to preserve many aspects of the iconic power-dining setting while undergoing an estimated $30 million renovation.
**Who:** Mario Carbone, Rich Torrisi and Jeff Zalaznick and beverage director Thomas Waugh.
**Where:** The Seagram Building in Midtown, Manhattan.
**When:** Spring/Summer 2017
**Why it's important:** It's without a doubt one of the most highly anticipated restaurant openings in recent years and will likely remain so for many more to come. All eyes are watching as the team faces the challenge of preserving the legacy of the space while realizing their own vision.

### Evil Twin Brewery and Taproom

**What**: A 10,000-square-foot brewery and taproom with outdoor seating area.
**Who:** Jeppe Jarnit-Bjergsø, owner of Evil Twin Brewing and the beer bar Tørst.
**Where:** In a former banquet hall in Ridgewood, Queens.
**When:** Spring/Summer 2017
**Why it's important:** The new space will allow Evil Twin to significantly increase production of their acclaimed beers and establish its identity as a New York brand. It will also give the brewery the opportunity to experiment with special batches and grow collaborations with restaurants like Mission Chinese, the NoMad and Blanca.

### Loverboy

**What:** A dive/cocktail bar similar to sister bar Mother's Ruin, "but with pizza."
**Who:** T.J. Lynch of Mother's Ruin.
**Where:** East Village / Alphabet City.
**When:** Spring 2017
**Why it's important:** Lynch expands his wildly successful formula at Mother's Ruin east of Bowery. And who can argue with the addition of pizza? Expect his high-low style and love of frozen cocktails to be on full display.

Los Angeles

## Bar Clacson

**What:** A cocktail bar modeled after a French *tabac* with a focus on low-ABV cocktails and games.
**Who:** Eric Alperin (The Varnish), Richard Boccato (Dutch Kills and Fresh Kills), Cedd Moses and Eric Needleman of 213 Hospitality team.
**Where:** Downtown
**When:** January 2017
**Why it's important:** This much-anticipated collaboration is as important as Diamond Reef in its goal to be a neighborhood bar that just so happens to serve world-class cocktails (in this case, many that skew low-ABV). As the casual cocktail bar continues to evolve, Bar Clacson offers an important look forward.



A cocktail at Bar Clacson from owners Eric Alperin and Richard Boccato | Photos: Eugene Lee

**San Francisco**

## Obispo

**What:** A rum-focused bar from Thad Vogler, the owner of acclaimed bars Trou Normand and Bar Agricole.
**Who:** Thad Vogler
**Where:** 24th Street in the Mission.
**When:** May 2017
**Why it's important:** Vogler is going all-in on his longtime love of rum with a Mission bar dedicated to it and named after his onetime address in Havana. Further details are scant, but Obispo will serve food, and there will be, surely, a strong list of of carefully curated rums.

## Petit Marlowe

**What:** A Burgundy-focused wine and raw bar spin-off of the hit restaurant Marlowe.
**Who:** Anna Weinberg, James Nicholas, Jennifer Puccio (Marlowe, Leo's Oyster Bar, etc.) and Mark Bright (formerly of Les Clos) on wine.
**Where:** The former Les Clos space in SoMa.
**When:** Spring 2017
**Why it's important:** With a wine-friendly menu, Petit Marlowe is a showcase for Bright's extensive wine knowledge and further evidence of Big Night's Midas touch.

## Bar Crenn

**What:** Dominique Crenn's take on a wine bar, focused on natural and biodynamic wines and low-ABV cocktails.
**Who:** Dominique Crenn and sommelier Matt Montrose, of Atelier Crenn and Petit Crenn.
**Where:** Next door to Atelier Crenn in Cow Hollow.
**When:** May 2017
**Why it's important:** Offering a more casual alternative to Crenn's lauded tasting menu-focused restaurants, Bar Crenn will be a "wine bar in the Parisian mold," as she told the San Francisco Chronicle, and a way to experience Crenn's food, Montrose's wine IQ and an aperitif without breaking the bank.

## Forthcoming Bar from the Lazy Bear Team

**What:** A two-concept cocktail bar from the Lazy Bear team featuring a ticketed cocktail tasting menu experience in back and a more traditional bar in front.
**Who:** Lazy Bear's bar manager Nicolas Torres and chef David Barzelay.
**Where:** the Mission.
**When:** May/June 2017
**Why it's important:** It's a promising entry into the high-concept cocktail bar canon, joining tasting menu joints like LA's The Walker Inn (which has a similar low-key front bar—Normandie Club—and back-room tasting experience) and Washington, D.C.'s Columbia Room.

**Seattle**

## Navy Strength

**What:** A tiki(ish) bar spin-off from the Rob Roy team inspired by the tropics, travel and Seattle's position as a maritime hub.
**Who:** Anu Apte (Rob Roy) and Chris Elford (Proletariat, Canon).
**Where:** Next door to the couple's other spin-off, the beer bar No Anchor, in Belltown.
**When:** March 2017
**Why it's important:** With Apte and Elford at the helm, it's already slated to be one of the biggest openings of the year. But how the couple plans to venture outside of rum and Polynesian pop for their own take on tiki is bound to make the bar an important entry in the evolution of the genre.

**Washington, D.C.**

## A Rake's Bar at the LINE Hotel

**What:** A southern-inspired bar from Corey Polyoka of Baltimore's Woodberry Kitchen focused on ingredients and drink traditions native to the area.
**Who:** Beverage Director Corey Polyoka and chef Spike Gjerde.

**Where:** Inside the new LINE Hotel in Adams Morgan.
**When:** May 2017
**Why it's important:** Polyoka is bringing its hyper-regional approach at Woodberry to D.C. and testing the necessity as mother-of-invention principle. The bar program that will eschew the use of citrus (vinegar and verjus will act as regular stand-ins), rely on fresh-pressed sorghum for sweetening (no processed sugar) and explore forgotten local drink traditions and ingredients. Also coming to the LINE: A lobby bar called Brothers and Sisters, where spirits guru Todd Thrasher (PX, Restaurant Eve) will run the cocktail and wine programs.

**Chicago**

## Otto Mezzo Bar

**What:** A deco-inspired "late-night Italian cocktail bar."
**Who:** Bartender Brandon Phillips and chef Kevin Hickey, of Duck Inn.
**Where:** In the old Ay Chiwowa space in River North.
**When:** Spring 2017
**Why it's important:** Phillips is extending his partnership with chef Kevin Hickey to explore what is essentially the inverse of an Italian aperitivo bar. According to Eater, expect large-format drinks, spiked gelato and espresso cocktails.

**Houston**

## Tongue-Cut Sparrow

**What:** A 25-seat Japanese-inspired cocktail bar with a focus on the classics.
**Who:** Bobby Heugel of The Pastry War and Anvil Bar & Refuge.
**Where:** Behind the The Pastry War in Downtown.
**When:** January 2017
**Why it's important:** Heugel opened Tongue-Cut Sparrow without any warning earlier this year, and the more formal service marks a departure from his previous bars, and proves that he and his team are truly headed for world domination. Also: Japanese whisky.



*Daiquiri No. 4 and the bar at Tongue-Cut Sparrow | Photos: Elizabeth Conley / Julie Soefer*

**Boston**

## A4Cade

**What:** A speakeasy-style arcade bar behind Roxy's Grilled Cheese serving playful riffs on classic cocktails and a heavy dose of childhood nostalgia.
**Who:** Bar manager Tainah Soares (formerly of Trina's Starlight Lounge) and the teams behind Area Four and Roxy's Grilled Cheese.
**Where:** Cambridge
**When:** January 2017
**Why it's important:** Another entry for the highbrow-lowbrow category, A4Cade has been drawing long lines for drinks like frozen Painkillers in kids' cups and bottled Aperol Spritzes with curly straws. They also offer drinks that come in "two player" versions (to share) and magnums of Champagne that arrive with a mustache, a la "P.I."

**Nashville**

## Attaboy

**What:** An offshoot of the original Attaboy location that will inhabit a much roomier 1,800-square-foot space with a small outdoor patio. True to the original, opened in 2013 in the former Milk & Honey space, the Nashville Attaboy will not provide menus.
**Who:** Michael McIlroy and Sam Ross of Attaboy, with partner Jason Seiden.
**Where:** Behind a retail shop with an unmarked entrance in East Nashville.
**When:** Spring 2017
**Why it's important:** The bar team behind Attaboy are the closest thing to a direct lineage from the late innovator Sasha Petraske. Their decision to open a branch in the heart of Nashville represents a significant change of pace (and possibly inspiration) for the Attaboy crew.

**Louisville**

## Whiskey Dry

**What:** A casual whiskey and burger bar featuring over 200 whiskeys from around the world.

**Who:** Chef Edward Lee (610 Magnolia, Milkwood, Succotash), Milkwood GM Stacie Stewart and spirits writer Noah Rothbaum.

**Where:** Fourth Street Live in Downtown.

**When:** Spring 2017

**Why it's important:** Lee's take promises to depart from the classic, stuffy image of the whiskey bar and make the subject accessible to novices and experts alike, and Rothbaum is sure to stack the list with authority.

## Other notable openings:

**Hitachino Beer & Wagyu** (SF): Hitachino Beer's first stateside outpost serving food Kappo-style alongside their beers, several of which are exclusive to the taproom.

**Birds & Bees** (LA): A new hidden bar beneath an office building in Downtown LA serving up a short list of inventive riffs on classic midcentury cocktails.

**Les Sablons** (Boston): A multi-level restaurant in Cambridge with a bar program headed up by the The Hawthorne's Jackson Cannon that promises to be a "rambunctious, first floor, neighborhood cocktail party."

**PAGU** (Boston): A buzzy Japanese-inspired tapas restaurant with a beverage list helmed by Tom Schlesinger-Guidelli (formerly Island Creek Oyster Bar) featuring a long list of cider, sherry and sake poured alongside an inventive list of cocktails that look to the kitchen for inspiration.

**BEATNIK** (Chicago): A new bar from the crew behind The Drifter and Bordel with a beverage program from The Drifter's Liz Pearce.

**Palizzi Social Club** (Philadelphia): A revamp of an old-school Italian social club (which opened in 1918) in South Philly revamped with a cocktail program from Vincent Stipo (formerly a.bar and Vernick Food & Drink). Membership costs $20, and is limited.

**Free State** (Washington, D.C.): A new Chinatown bar from the team behind Lost & Found focused on drinks (like the venerable Orange Crush) and ingredients from the Mid-Atlantic.

**Edmund's Oast Brewing Co.** (Charleston): A new standalone brewery and restaurant (complete with oft-mentioned Polish smoker) from the crew behind the beloved Charleston beer bar, Edmund's Oast.

**The Campbell** (New York): A revamp of the historic Campbell Apartment within Grand Central under the direction of the The Gerber Group (Whiskey Blue, Mr. Purple).

**The Wooly Public** (New York): A new bar in the historic Woolworth Building (the only space open to the public, in fact) from Eryn Reece (Death & Co., Mayahuel) and chef Jeff Srole (Maison Premiere, Craft).

**Forthcoming Justin Yu/Bobby Heugel Project** (Houston): An eagerly awaited project from two of Houston heavy hitters reported to be opening in the Heights in the spring or summer of 2017. Details forthcoming.

**Goodnight Charlie's** (Houston): A honky-tonk from master sommelier David Keck that promises a selection of Texas wine on tap, simple cocktails and live music.

Drink with us.

Get our freshest features and recipes weekly.

your@email.com

| your@email.com | go |

By clicking Go, I acknowledge that I have read and agree to the Penguin Random House Privacy Policy and Terms of Use and agree to receive news and updates from PUNCH and Penguin Random House.

Tagged: bar openings, beer bars, cocktail bars, craft cocktail bars, openings, The Best Bars in America, wine bars

**Punch Staff**

5 o'clock?

- 
- 
- 
- 

**More by**

Postcards From a Most Unusual Summer   You May Now Have a Long Island Iced Tea   Ivy Mix and Alisha Neverson Are Redefining the Neighborhood Bar   Overproof? Don't Overthink It. An Old-Fashioned for the New Normal

# PUNCH

- About Us
- RSS Feed
- Privacy
- Contact
- Advertise
- Terms of Use

Do Not Sell My Personal Information

Copyright © 2020 Punch. All Rights Reserved.